UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE DRIVER TOURNIER an ANNASTASIA YOUNG | * * * | CIVIL ACTION |
| V. | * * | CASE NO. 21-783 |
| UNITED STATES OF AMERICA | * * * | SECTION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Complainants, Shane Driver Tournier and Annastasia Young, who respectfully file this Complaint against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. (hereinafter "FTCA"), for personal injuries caused by the negligence of employees of the United States of America.

## *PARTIES*

I.

Plaintiff, Shane Driver Tournier (hereinafter "Tournier") is a person of the full age of majority, domiciled and residing in the Parish of St. Tammany, State of Louisiana.

II.

Plaintiff, Annastasia Young (hereinafter "Young") is a person of the full age of majority, domiciled and residing in the Parish of St. Tammany, State of Louisiana.

III.

Defendant is the United States of America which is the proper party for negligence claims under the FTCA.

## JURISDICTION AND VENUE

IV.

This Court has jurisdiction under 28 U.S.C. § 1346(b) which provides exclusive federal jurisdiction over claims under the FTCA.

V.

Venue in this Court is proper under 28 U.S.C. § 1402(b) based on the occurrence of the accident in the Eastern District of Louisiana, specifically in St. Tammany Parish.

## CONDITION PRECEDENT

VI.

Plaintiffs timely presented this claim in writing to the United States of America, through the U.S. Department of Homeland Security.  On June 25, 2019, two completed Form 95s (one for Tournier and a separate one for Young) with the respective medical records and bills were forwarded to the U.S. Department of Homeland Security.  On September 20, 2019, the forms were resent by FedEx to the Office of General Counsel for the U.S. Department of Homeland Security. On September 23, 2020, the Office of Principal Legal Advisor acknowledged receipt of the claim as of September 23, 2019.  *See,*  attached Exhibit 1.

VII.

More than six months have passed since the Plaintiffs' claims have been presented to the U.S. Department of Homeland Security without a decision having been rendered on the claims. The delay entitles the Plaintiffs, Tournier and Young, to bring the captioned matter under 28 U.S.C. § 2675(a). This claim is being submitted within the time period set out in 28 U.S.C. § 2401(b).

## *FACTS*

VIII.

On April 19, 2019, a collision occurred on Highway 190 at or near its intersection with Greengate Drive in Covington, Louisiana. Two vehicles were involved in the collision: one vehicle involved was a 2014 Chevrolet Impala that was owned by the United States of America, Department of Homeland Security and being operated by Michael Lance Mitchell ("Mitchell"); the second vehicle involved was a 2016 Chevrolet Silverado that was owned and being operated by Tournier. Prior to the accident, both vehicles were proceeding south in the right lane of Highway 190. The Impala was behind the Silverado. Tournier stopped the Silverado due to a traffic congestion. Suddenly and without warning, the front of the Impala struck the rear of the Silverado.

IX.

At the time of the accident, Young was a guest passenger in the Silverado.

X.

At the time of the accident, Mitchell was in the course and scope of his employment with the United States of America, Department of Homeland Security, U.S. Immigration and Customs Enforcement.

## CAUSE OF ACTION UNDER FTCA

XI.

The accident was caused by the negligent acts and/or omissions of Mitchell including, but not exclusively, one or more of the following:

A. failure to observe what he should have observed;

B. following too closely;

C. failure to maintain control of his vehicle;

D. driving too fast under the circumstances;

E. driving in a reckless and careless manner;

F. striking Tournier's vehicle; and/or

G. any and all other negligent acts and omissions that are identified during discovery and proven at the trial of this matter.

XII.

Under Louisiana law, a private person would be liable to Plaintiffs for these acts or omissions. Under the FTCA and 28 U.S.C. § 1346(b), the United States of America is liable to Plaintiffs for the damages described below.

## DAMAGES

XIII.

As a result of the collision, the Silverado was damaged.

XIV.

As a result of the collision, Tournier and Young sustained bodily injuries.

XV.

As a direct and proximate result of Defendant's negligence, Tournier sustained and seeks to recover the following past and future damages:

- A. property damages;
- B. medical bills;
- C. lost wages and/or loss of earnings potential;
- D. physical pain and suffering;
- E. mental anguish/anxiety;
- F. loss of enjoyment of life;
- G. inconvenience; and/or
- H. any and all damages reasonable in the premises that are proven at the trial of this matter.

XVI.

As a direct and proximate result of Defendant's negligence, Young sustained and seeks to recover the following past and future damages:

- A. medical bills;
- B. lost wages and/or loss of earnings potential;
- C. physical pain and suffering;
- D. mental anguish/anxiety;
- E. loss of enjoyment of life;
- F. inconvenience; and/or
- G. any and all damages reasonable in the premises that are proven at the trial of this matter.

**WHEREFORE**, Plaintiffs, Shane Driver Tournier and Annastasia Young, pray that Defendant, United States of America, be served with a copy of this Complaint and, after all legal delays and due proceedings be had, there be judgment herein in favor of Plaintiff, Shane Driver Tournier, in the amount of $46,360.05 to compensate him for his general and special damages, and in favor of Plaintiff, Annastasia Young, in the amount of $45,000.00 to compensate her for her general and special damages, and for all other damages reasonable in the premises that will be proven at the trial of this matter, together with legal interest from the date of judicial demand until paid, for all costs of these proceedings, including expert witness fees, and for all other legal and equitable relief, and against Defendant, United States of America.

RESPECTFULLY SUBMITTED,

*/s/ James E. Cazalot, Jr.*
James E. Cazalot, Jr., Bar No. 17510
**JAMES E. CAZALOT, JR., A PLC**
550 Old Spanish Trail, Suite H
Slidell, LA 70458
(985) 639-9595 Telephone
(504) 613-6690 Digital Facsimile
jim@cazalotlaw.com
**ATTORNEY FOR PLAINTIFFS,
SHANE DRIVER TOURNIER AND
ANNASTASIA YOUNG**

**PLEASE SERVE**:

1. **United States of America**
   Through Civil Process Clerk,
   United States Attorney for the Eastern District of Louisiana
   650 Poydras Street, Suite 1600
   New Orleans, LA 70130

2. **United States of America**
   Through Attorney General of the United States of America
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001